**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IVAN COTTON, | Case No. 3:23-cv-00570-LRH-CSD |
| Petitioner, | **ORDER GRANTING EXTENSION TO FILE FIRST-AMENDED PETITION** |
| v. | |
| TIM GARRETT, et al., | **[ECF No. 10]** |
| Respondents. | |

Counseled Petitioner Ivan Cotton has filed an unopposed motion for extension of time to file his First-Amended Petition. (ECF No. 10.) This is Cotton's first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 10) is GRANTED. Cotton will have up to and including June 17, 2024, to file a First-Amended Petition.

DATED this 19th day of March, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT