1
2
3                    UNITED STATES DISTRICT COURT
4                         DISTRICT OF NEVADA
5                                * * *
6   IVAN COTTON,                          Case No. 3:23-cv-00570-MMD-CSD
7                          Petitioner,              ORDER
8        v.
9   TIM GARRETT, *et al.*,
10                        Respondents.
11
12         Counseled Petitioner Ivan Cotton has filed an unopposed motion for extension of
13   time to file his first-amended petition. (ECF No. 13 ("Motion").) This is Cotton's second
14   request for an extension of this deadline. The Court finds good cause exists to grant the
15   Motion.
16         It is therefore ordered that the Motion (ECF No. 13) is granted. Cotton has up to
17   and including September 16, 2024, to file his first-amended petition.
18         DATED THIS 14th Day of June 2024.
19
20         _____
21         MIRANDA M. DU
           CHIEF UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28