UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| IVAN COTTON, | | Case No. 3:23-cv-00570-MMD-CSD |
| | Petitioner, | ORDER |
| v. | | |
| TIM GARRETT, *et al.*, | | |
| | Respondents. | |

Counseled Petitioner Ivan Cotton has filed an unopposed motion for extension of time to file his first-amended petition. (ECF No. 16 ("Motion").) This is Cotton's third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 16) is granted. Cotton has up to and including November 15, 2024, to file his first-amended petition.

DATED THIS 17th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE