UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IVAN COTTON,<br><br>                     Petitioner,<br>    v.<br><br>TIM GARRETT, *et al.*,<br><br>                    Respondents. | Case No. 3:23-cv-00570-MMD-CSD<br><br>ORDER |

Counseled Petitioner Ivan Cotton has filed an unopposed motion for extension of time to file his first-amended petition. (ECF No. 19 ("Motion").) This is Cotton's fourth request for an extension of this deadline. The Court finds good cause exists to grant the Motion, especially since counsel is still seeking to obtain missing documents from Cotton's state court record, but it warns that future requests for an extension of this deadline will be viewed unfavorably.

It is therefore ordered that the Motion (ECF No. 19) is granted. Cotton has up to and including January 14, 2025, to file his first-amended petition.

DATED THIS 15th Day of November 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE