UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IVAN COTTON,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:23-cv-00570-MMD-CSD<br><br>ORDER |

Counseled Petitioner Ivan Cotton has filed an unopposed motion for extension of time to file his first-amended petition. (ECF No. 21 ("Motion").) This is Cotton's fifth request for an extension of this deadline. In granting Cotton's previous request for an extension, the Court warned that future requests would be viewed unfavorably. (ECF No. 20.) Counsel explains that another extension is warranted "due to an unforeseen additional investigation that has become necessary based on limited records counsel recently received." (ECF No. 21 at 2.) Counsel also explains that the following still need to occur before the first-amended petition will be ready for filing: (1) a visit with Cotton at Northern Nevada Correctional Center on January 21, 2025; and (2) discussions with witnesses who have been unavailable. Given that counsel recently learned of the need for further investigation, the Court finds good cause exists to grant the Motion, but it again warns that future requests for an extension of this deadline will be viewed unfavorably.

It is therefore ordered that the Motion (ECF No. 21) is granted. Cotton has up to and including April 14, 2025, to file his first-amended petition.

DATED THIS 16th Day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE