UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IVAN COTTON,<br><br>　　　　　　Petitioner,<br>　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:23-cv-00570-MMD-CSD<br><br>ORDER |

Before the Court is Petitioner Ivan Cotton's motion to seal exhibits. (ECF No. 26.) Cotton seeks leave to file seven exhibits containing his competency evaluations under seal. (*Id.*) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Cotton's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

It is therefore ordered that the motion to seal exhibits (ECF No. 26) is granted. Exhibits one through seven (ECF Nos. 24-1 through 24-7) are considered properly filed under seal.

DATED THIS 16th Day of April 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE