# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IVAN COTTON, | Case No. 3:23-cv-00570-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for a 45-day extension of time to file their response to Petitioner Ivan Cotton's first-amended petition. (ECF No. 31 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 31) is granted. Respondents have up to and including September 26, 2025 to file their response.

DATED THIS 11th Day of August 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE