UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IVAN COTTON,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:23-cv-00570-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for a 31-day extension of time to file their response to Petitioner Ivan Cotton's first-amended petition. (ECF No. 33 ("Motion").) This is Respondents' third request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 33) is granted. Respondents have up to and including October 27, 2025 to file their response.

DATED THIS 26th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE