UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IVAN COTTON, | Case No. 3:23-cv-00570-MMD-CSD |
| Petitioner, | ORDER SEALING EXHIBITS |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Before the Court is Respondents' Motion to Seal Documents. (ECF No. 39 ("Motion").) Respondents seek leave to file the following three exhibits under seal: Cotton's presentence investigation report, various victim impact statements, and a sentencing memorandum. (ECF Nos. 40-1, 40-2, 40-3.) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and its progeny, the Court finds that a compelling need to protect individuals' safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

It is therefore ordered that the Motion (ECF No. 39) is granted. Exhibits 49, 50, and 57 (ECF Nos. 40-1, 40-2, 40-3) are considered properly filed under seal.

DATED THIS 28th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE