UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IVAN COTTON,<br><br>                    Petitioner,<br>     v.<br><br>TIM GARRETT, *et al.*,<br><br>                    Respondents. | Case No. 3:23-cv-00570-MMD-CSD<br><br>ORDER |

Petitioner Ivan Cotton has filed an unopposed motion for a 61-day extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 43 ("Motion").) This is Cotton's first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 43) is granted. Cotton has up to and including January 14, 2026 to file his opposition.

DATED THIS 13th Day of November 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE