# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

IVAN COTTON,

Petitioner,

v.

TIM GARRETT, *et al.*,

Respondents.

Case No. 3:23-cv-00570-MMD-CSD

ORDER

Petitioner Ivan Cotton has filed an unopposed motion for a 44-day extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 45 ("Motion").) This is Cotton's second request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 45) is granted. Cotton has up to and including February 27, 2026 to file his opposition.

DATED THIS 15th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE