UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

IVAN COTTON,

Petitioner,

v.

TIM GARRETT, *et al.*,

Respondents.

Case No. 3:23-cv-00570-MMD-CSD

ORDER

Petitioner Ivan Cotton has filed an unopposed motion for a 31-day extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 47 ("Motion").) This is Cotton's third request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 47) is granted. Cotton has up to and including March 30, 2026 to file his opposition.

DATED this 27th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE