UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

IVAN COTTON,

Petitioner,

v.

TIM GARRETT, *et al.*,

Respondents.

Case No.: 3:23-cv-00570-MMD-CSD

ORDER

This matter is before the Court on Petitioner Ivan Cotton's Motion to Seal his medical records. (ECF No. 51 ("Motion to Seal").) Having reviewed and considered the matter in accordance with *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and its progeny, the Court finds that a compelling need to protect Cotton's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

This matter is also before the Court on Respondents' unopposed motion for a 30-day extension of time to file their reply to the motion to dismiss. (ECF No. 53 ("Extension Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the extension.

///

///

///

///

///

///

It is therefore ordered that the Motion to Seal (ECF No. 51) is granted. Exhibits 21 through 25 (ECF Nos. 52-1 through 52-5) are considered properly filed under seal.

It is further ordered that the Extension Motion (ECF No. 53) is granted. Respondents have up to and including May 6, 2026, to file their reply.

DATED THIS 8th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE