UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

IVAN COTTON,

Petitioner,

v.

JOHN HENLEY,

Respondent.

Case No. 3:23-cv-00570-MMD-CSD

ORDER

Respondent has filed an unopposed motion for a 60-day extension of time to file his answer to Petitioner Ivan Cotton's amended petition. (ECF No. 57 ("Motion").) This is Respondent's first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 57) is granted. Cotton has up to and including September 15, 2026, to file his answer.

DATED THIS 22nd Day of July 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE