UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

IVAN COTTON,

Petitioner,

v.

JOHN HENLEY,

Respondent.

Case No. 3:23-cv-00570-MMD-CSD

ORDER

Respondent has filed an unopposed motion for a 45-day extension of time to file his answer to Petitioner Ivan Cotton's amended petition. (ECF No. 62 ("Motion").) This is Respondent's second request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 62) is granted. Respondent has up to and including October 30, 2026, to file his answer.

DATED this 16th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE