UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

IVAN COTTON,

Petitioner,

v.

JOHN HENLEY,

Respondent.

Case No. 3:23-cv-00570-MMD-CSD

ORDER

Respondent filed an unopposed motion for a 31-day extension of time to file his answer to Petitioner Ivan Cotton's amended petition. (ECF No. 64 ("Motion").) This is Respondent's third request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 64) is granted. Respondent has up to and including November 30, 2026, to file his answer.

DATED this 30th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE